FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2018 Grand Jury

| UNITED STATES OF AMERICA, | CR No. CR18-0306-PSG |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| ROGER REYNOLD HARRIS, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1343]

A.  INTRODUCTORY ALLEGATIONS

1.  At all times relevant to this Indictment:

a.  The American Federation of Government Employees Local Union 3048 ("Local 3048") was a union for federal employees of the Federal Correctional Complex in Lompoc, California ("FCC Lompoc"), which is within the Central District of California.

b.  Defendant ROGER REYNOLD HARRIS ("HARRIS") was a federal Bureau of Prisons ("BOP") correctional officer working at FCC Lompoc. As an employee of BOP, defendant HARRIS had a BOP email

account. All email communications from BOP email accounts were transmitted through servers in Washington, D.C.

   c. Defendant HARRIS was the President of Local 3048. As such, defendant HARRIS often sought reimbursement for expenses that he claimed he incurred on behalf of Local 3048 by submitting a reimbursement request with documentation of the expense, such as an invoice or receipt.

B. <u>SCHEME TO DEFRAUD</u>

  2. Beginning on a date unknown to the Grand Jury and continuing through on or about October 5, 2015, in Santa Barbara County, within the Central District of California, and elsewhere, defendant HARRIS, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud Local 3048 as to material matters, and to obtain money and property under the custody and control of Local 3048 by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

  3. The fraudulent scheme operated, in substance, as follows:

   a. Defendant HARRIS would claim that he personally incurred expenses on behalf of Local 3048, and he would request reimbursement from Local 3048 by presenting falsified receipts and invoices purportedly showing those expenses when, in truth and in fact, as defendant HARRIS then well knew, he had not incurred those expenses on behalf of Local 3048.

   b. Local 3048 would reimburse defendant HARRIS for the claimed expenses by having its Vice President issue defendant HARRIS a check from Local 3048's bank account, and defendant HARRIS would deposit the check into his personal bank account.

c.  For example, Local 3048 reimbursed defendant HARRIS with checks for the following expenses that defendant HARRIS claimed he had incurred but he had not, in fact, incurred:

| Check | Date | Amount | False Invoice |
|---|---|---|---|
| 3086 | 8/18/2014 | $1,500 | Additional charges on Westin hotel room reservations for Union employees, when in fact Westin did not make those charges |
| 3125 | 2/28/2015 | $1,200 | A deposit for rental equipment, when in fact the rental equipment company did not demand or receive such a deposit |
| 3157 | 6/11/2015 | $2,000 | A retainer for a law firm to represent a Union member, when in fact the law firm did not require a deposit, and the Union member was not represented by that law firm |
| 3173 | 7/15/2015 | $1,800 | A charge to enroll Union members in specific workshops at an AFGE conference, when in fact AFGE did not charge conference attendees to attend specific workshops |

d.  Defendant HARRIS attempted to conceal his fraud and embezzlement by falsely claiming to a Local 3048 regional official that missing Union funds were the result of a mistake by the Internal Revenue Service ("IRS").

e.  As a result of defendant HARRIS's fraudulent scheme, defendant HARRIS stole and embezzled approximately $36,150.78 belonging to Local 3048.

C.  <u>USE OF THE WIRES</u>

4.  On or about October 5, 2015, in Santa Barbara County, within the Central District of California, and elsewhere, defendant HARRIS, for the purpose of executing and attempting to execute the fraudulent scheme described above, transmitted and caused the

transmission of a wire communication in interstate commerce, namely, a BOP email from FCC Lompoc, through servers in Washington, D.C., to a Local 3048 regional official located in Sunrise, Arizona, containing the following attachments:

    a. A memorandum falsely claiming that the Internal Revenue Service ("IRS") had mistakenly garnished funds belonging to Local 3048 but those funds would be returned; and

    b. A fraudulent IRS letter stating that the IRS would be returning the allegedly garnished funds.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

[signature]

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

S. WESLEY GORMAN
Assistant United States Attorney
Public Corruption and Civil Rights Section