```
CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Craig A. Harbaugh (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
ROGER REYNOLD HARRIS
```

FILED
CLERK, U.S. DISTRICT COURT
10/18/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 49

cc: USPO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROGER REYNOLD HARRIS, <br><br> Defendant. | Case No. CR 18-306-PSG <br><br> [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing is continued from Monday, October 25, 2021, at 11:00 a.m., be continued to Monday, January 10, 2022, at 2:00 p.m.

DATED: October __18__, 2021

_____
HON. PHILLIP S. GUTIERREZ
United States District Judge

Presented by:

_Craig Harbaugh_____.
CRAIG HARBAUGH
Deputy Federal Public Defender