FILED
CLERK, U.S. DISTRICT COURT
10/19/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Craig A. Harbaugh (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

LINK 49

cc: USPO

**NOTE CHANGES MADE BY THE COURT**

Attorneys for Defendant
ROGER REYNOLD HARRIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROGER REYNOLD HARRIS,<br><br>　　　　Defendant. | Case No. CR 18-306-PSG<br><br>AMENDED [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing is continued from Monday, October 25, 2021, at 11:00 a.m., be continued to ~~Monday,~~ Friday, January ~~10~~ 14, 2022, at 2:00 p.m.

DATED: October 18, 2021

_____
HON. PHILLIP S. GUTIERREZ
United States District Judge

Presented by:

_Craig Harbaugh_
CRAIG HARBAUGH
Deputy Federal Public Defender