CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Craig A. Harbaugh (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
ROGER REYNOLD HARRIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROGER REYNOLD HARRIS, <br><br> Defendant. | Case No. CR 18-306-PSG <br><br> ***EX PARTE* APPLICATION TO CONTINUE SENTENCING HEARING** <br><br> CURRENT DATE: January 14, 2022 <br><br> PROPOSED DATE: March 21, 2022 |

Defendant Roger Reynold Harris, through his counsel of record, Deputy Federal Public Defender Craig A. Harbaugh, hereby applies to this Honorable Court requesting a continuance of the sentencing hearing in this matter be continued from Friday, January 14, 2022 at 2:00 p.m., to Monday, March 21, 2022, at 2:00 p.m. The government does not oppose this request for a continuance.

//

//

//

This unopposed *Ex Parte* Application is based upon the attached declaration of counsel and all files and records in this matter.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 29, 2021     By */s/ Craig A. Harbaugh*
CRAIG A. HARBAUGH
Deputy Federal Public Defender
Counsel for Malachi Whalen

2

**DECLARATION OF CRAIG A. HARBAUGH**

1. I am a Deputy Federal Public Defender and I have been appointed to represent Roger Reynold Harris in the above matter.

2. Mr. Harris's sentencing hearing is currently set for Tuesday, January 14, 2022, at 2:00 p.m.

3. Defense counsel needs additional time to prepare for sentencing.

4. On or about December 29, 2021, I communicated with Assistant United States Attorney Claire Kelly seeking the Government's position regarding the continuance request.  AUSA Kelly does not oppose to this request.

For these reasons, the parties request a continuance of the sentencing hearing in this matter from Tuesday, January 14, 2022, at 2:00 p.m., be continued to Monday, March 21, 2022, at 2:00 p.m.

Dated:  December 29, 2021                    */S/ Craig A. Harbaugh*
                                             Craig A. Harbaugh