CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Craig A. Harbaugh (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
ROGER REYNOLD HARRIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROGER REYNOLD HARRIS,<br><br>  Defendant. | Case No. CR 18-306-PSG<br><br>**[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing is continued from Tuesday, January 14, 2022, at 2:00 p.m., be continued to Monday, March 21, 2022, at 2:00 p.m.

DATED: December ____, 2021

_____
HON. PHILLIP S. GUTIERREZ
United States District Judge

Presented by:

*Craig Harbaugh*                              .
CRAIG HARBAUGH
Deputy Federal Public Defender