CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JELANI J. LINDSEY (Bar No. 280092)
(E-Mail: jelani_lindsey@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
ROGER REYNOLD HARRIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROGER REYNOLD HARRIS,<br><br>　　　　Defendant. | Case No. 18-CR-306-PSG<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**CURRENT SENTENCING HEARING DATE: 3/25/2022**<br><br>**[PROPOSED] SENTENCING HEARING DATE: 6/25/2022** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorneys (AUSA) Claire Kelly, and Roger Reynold Harris, by and through his attorney of record, Deputy Federal Public Defender Jelani J. Lindsey, that the sentencing hearing in this matter currently scheduled for March 25, 2022, be continued to June 25, 2022, for the following reasons:

　　　1.　　Current defense counsel filed his notice of appearance in this matter on March 9, 2022. Dkt. 54.

　　　2.　　Defense counsel needs the additional time to meet and confer with Mr. Harris regarding his sentencing hearing. Defense counsel also needs additional time to try to obtain mitigating information concerning Mr. Harris and present the mitigation information to the Court for it to consider at the time of Mr. Harris' sentencing.

3. Based on the aforementioned, the parties stipulate and move this Court for a continuance of the sentencing hearing to June 25, 2022 at 2:00 p.m.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 9, 2022    By  /s/ *Jelani J. Lindsey*
JELANI J. LINDSEY
Deputy Federal Public Defender


TRACY L. WILKISON
United States Attorney

DATED: March 9, 2022    By  /s/  *Claire E. Kelly*
(*Per email authorization*)
CLAIRE E. KELLY
Assistant United States Attorney