```
CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JELANI J. LINDSEY (Bar No. 280092)
(E-Mail: jelani_lindsey@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
ROGER REYNOLD HARRIS
```

FILED
CLERK, U.S. DISTRICT COURT
03/10/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

LINK 54

cc: USPO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROGER REYNOLD HARRIS, <br><br> Defendant. | Case No. 18-CR-306-PSG <br><br> [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from **March 25, 2022, to June 25, 2022 at 2:00 p.m.**

DATED: March 10, 2022          By _____
                                     HONORABLE PHILLIP S. GUTIERREZ
                                     United States District Chief Judge

Presented by:

/s/ Jelani J. Lindsey
JELANI J. LINDSEY
Deputy Federal Public Defender