CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JELANI J. LINDSEY (Bar No. 280092)
(E-Mail: jelani_lindsey@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
ROGER REYNOLD HARRIS

**F I L E D**
CLERK, U.S. DISTRICT COURT
June 7, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DBE___ DEPUTY

Link 58

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROGER REYNOLD HARRIS,<br><br>　　　　Defendant. | Case No. 18-CR-306-PSG<br><br>~~[PROPOSED]~~ **ORDER CONTINUING SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from **June 24, 2022, to August 19, 2022 at 2:00 p.m.**

DATED: June 7th, 2022          By _/s/ signature/_
　　　　　　　　　　　　　　　HONORABLE PHILLIP S. GUTIERREZ
　　　　　　　　　　　　　　　United States District Chief Judge

Presented by:

*/s/ Jelani J. Lindsey*
JELANI J. LINDSEY
Deputy Federal Public Defender